**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1173**

---

ALEXIS BENSON, on behalf of minor child K.C., Jr; KEVIN CARBERRY, SR., on behalf of minor child K.C., Jr,

                Plaintiffs - Appellants,

      v.

FORT MILL SCHOOLS/YORK COUNTY DISTRICT 4; AMY MAZIARZ; KRISTY SPEARS; MICHELE BRANNING; ANTHONY BODDIE; WAYNE BOULDIN; SCOTT FRATTAROLI; CELIA MCCARTER; BRIAN MURPHY; JAMES EPPS; SAVANNAH STAGER; EMMA SHEPPARD; LAVONDA WILLIAMS; BRITTNEY KOBACK; JENNIFER GRANT; DOUGLAS DENT; SOUTH CAROLINA BOARD OF EDUCATION,

                Defendants - Appellees.

---

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Sherri A. Lydon, District Judge.  (0:22-cv-00614-SAL; 0:22-cv-01912-SAL)

---

Submitted:  April 11, 2024                          Decided:  April 16, 2024

---

Before AGEE and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Alexis Carberry Benson; Kevin Carberry, Sr., Appellants Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alexis Benson and Kevin Carberry, Sr. ("Plaintiffs"), seek to appeal the district court's order dismissing their consolidated civil actions. Appellees have moved to dismiss the appeal as untimely.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on September 26, 2023. Plaintiffs filed the notice of appeal on November 29, 2023. Because Plaintiffs failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we grant the motion to dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*